AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   **0:25-cv-03770**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Gurstel Law Firm, P.C.**
was recieved by me on  **9/25/2025:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **LIZ BURKE**, who is designated by law to accept service of process on behalf of **Gurstel Law Firm, P.C.** at **1010 Dale St N, Saint Paul, MN 55117** on **09/26/2025 at 9:04 AM**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*


My fees are $ 0 for travel and **$ 150.00** for services, for a total of **$ 150.00**.

I declare under penalty of perjury that this information is true.

Date:  09/26/2025

*Server's signature*

**Olanrewaju Bakare**
*Printed name and title*

**7030 Jenner Circle S**
**Cottage Grove, MN 55016**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, Complaint; Summons; EXHIBITS, to LIZ BURKE who identified themselves as the person authorized to accept with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a gray-haired white female contact 55-65 years of age, 5'6"-5'8" tall and weighing 180-200 lbs with glasses.**




Tracking #: **0188100935**