## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Robert Lee Petry,<br><br>Plaintiff,<br><br>v.<br><br>Gurstel Law Firm, P.C.,<br><br>Defendant. | Civil Case No.: 25-CV-03770-JRT-DTS<br><br>**STIPULATION REGARDING EXTENSION OF TIME FOR DEFENDANT GURSTEL LAW FIRM, P.C. TO ANSWER COMPLAINT** |

**IT IS HEREBY STIPULATED** and agreed to by and between Plaintiff Robert Lee Petry and Defendant Gurstel Law Firm, P.C., through their respective undersigned counsel, that Defendant Gurstel Law Firm, P.C., shall have up to and including November 14, 2025, to serve an answer or otherwise respond to the Complaint. Good cause exists for the extension because Defendant Gurstel Law Firm, P.C., requires additional time to assess plaintiff's claims and determine the appropriate response to the Complaint. The Parties accordingly consent to such an extension to serve the answer or otherwise respond to the Complaint, and through their undersigned counsel, respectfully request that the Court issue an order in the form submitted with this Stipulation.

*~SIGNATURE BLOCK FOLLOWS~*

          Respectfully submitted,

          **BASSFORD REMELE**
          *A Professional Association*

Dated: October 13, 2025    By:  */s/ Patrick D. Newman*
                                    Patrick D. Newman (MN#395864)
                                    100 South Fifth Street, Suite 1500
                                    Minneapolis, MN  55402
                                    Telephone: (612) 333-3000
                                    Facsimile: (612) 333-8829
                                    Email: pnewman@bassford.com

                                    *Attorneys for Gurstel Law Firm P.C.*


          **COBB CHAUCER PLLC**

Dated: October 13, 2025    By:  */s/ Jeremy J. Cobb*
                                      Jeremy J. Cobb (MN #316441)
                                    400 South Fourth Street, Suite 401-232
                                    Minneapolis, MN  55415
                                    Telephone: (763) 516-6231
                                    Email: jjcobb@umich.edu

                                    *Attorneys for Plaintiff Robert Lee Petry*