## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Robert Lee Petry,<br><br>  Plaintiff,<br><br>v.<br><br>Gurstel Law Firm, P.C.,<br><br>  Defendant. | Civil Case No. 25-CV-03770-JRT-DTS<br><br>**NOTICE OF SETTLEMENT** |

The undersigned counsel hereby advise the Court the parties have agreed to settle the litigation, contingent on the execution of a written agreement, regarding the claims against Defendant. The parties are currently drafting a written agreement and anticipate filing a stipulation of dismissal within 45 days.

                                      **COBB CHAUCER PLLC**

Dated: December 23, 2025    By:  */s/ Jeremy J. Cobb*
                                              Jeremy J. Cobb (MN #316441)
                                              400 South Fourth Street, Suite 401-232
                                              Minneapolis, MN  55415
                                              Telephone: (763) 516-6231
                                              Email: jjcobb@umich.edu

                                              ***Attorneys for Plaintiff Robert Lee Petry***

Respectfully submitted,

**BASSFORD REMELE**
*A Professional Association*

Dated: December 23, 2025   By: */s/ Patrick D. Newman*
Patrick D. Newman (MN #395864)
100 South Fifth Street, Suite 1500
Minneapolis, MN  55402
Telephone: (612) 333-3000
Facsimile: (612) 333-8829
Email: pnewman@bassford.com

***Attorneys for Gurstel Law Firm, P.C.***