UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ROBERT LEE PETRY,

    *Plaintiff*,

v.

GURSTEL LAW FIRM, P.C.,

    *Defendant*.

Civil Action No.: 0:25-cv-03770-JRT-DTS
Honorable John R. Tunheim
Honorable Magistrate David T. Schultz

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and settlement, the Parties jointly stipulate to dismissal with prejudice, without award of costs or attorney's fees, and respectfully request the Court enter an order accordingly. The Parties have approved an accompanying proposed order.

Dated: February 20, 2026

Respectfully submitted,

**COBB CHAUCER PLLC**

*s/ Jeremy Judson Cobb*
Jeremy Judson Cobb (Reg. No. 316441)
400 South Fourth Street, Suite 401-232
Minneapolis, Minnesota 55415
(763) 516-6231
jjcobb@umich.edu

***Counsel for Plaintiff Robert Lee Petry***

Dated: February 20, 2026

**BASSFORD REMELE, P.A.**

*s/ Patrick D. Newman (with permission)*
Patrick D. Newman (Reg. No. 395864)
6681 Country Club Drive
Golden Valley, Minnesota 55427
(612) 376-1632
pnewman@bassford.com

***Counsel for Defendant Gurstel Law Firm, P.C.***