# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Robert Lee Petry, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| v. | Case Number: 25-cv-3770 JRT/DTS |
| Gurstel Law Firm, P.C., | |
| Defendant. | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

The Stipulation [12] is approved in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE.** Each party shall bear their respective attorneys' fees and costs.

Date: 2/23/2026                                                                                          KATE M. FOGARTY, CLERK